In the Matter of the Accounting of DARRELL D. SULLY, as Trustee under the Will of SUSAN P. MACALPINE, Deceased, Respondent.

JULIA MACALPINE, Appellant; FLORENCE MACA. MCAULIFFE, Respondent.

(Argued May 13, 1930; decided June 3, 1930.)

*C. Alexander Capron* and *Ramsey Clayton* for appellant.
*Arthur E. Sutherland* and *Samuel B. Dicker* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.